■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD J. GERSTNER, Appellant. (Appeal No. 2.) [705 NYS2d 542] —Judgment unanimously reversed on the law, plea vacated and matter remitted to Supreme Court for further proceedings on the indictment. Same Memorandum as in *People v Gerstner* (270 AD2d 837 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Hayes, Hurlbutt and Lawton, JJ.